# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ADAM KEITH PEDERSEN, | |
| Petitioner, | No. 23-cv-13836 |
| v. | Judge John F. Kness |
| COLLETTE RENEE SHRIVER, | |
| Respondent. | |

## EMERGENCY ORDER FOR RULE TO SHOW CAUSE

Under Rule 42(a)(1) of the Federal Rules of Criminal Procedure, the Court orders Collette Renee Shriver to show cause why she should not be held in criminal contempt, in violation of Title 18, United States Code, Section 401(a), for "[d]isobedience or resistance to its lawful writ, process, order, rule, decree, or command" based on her failure to appear at the office of Pediatric Consultation Center & Associates, 1717 Deerfield Rd., Suite 110, Deerfield, IL 60015 on Tuesday, September 3, 2024 to effect the return of the minor R.P., as ordered by this Court. (*See* Dkt. 84.) Respondent must respond to this Order, in writing, on or before September 6, 2024.

Under Rule 42(a)(2) of the Federal Rules of Criminal Procedure, the Court requests that the Acting United States Attorney for the Northern District of Illinois—as expeditiously as possible in view of the unknown whereabouts of the minor child R.P. and Respondent Shriver—review this Order, investigate the matter, and, within

his discretion, prosecute Respondent for the alleged contempt. The Court will, as appropriate and by a judicial officer other than the undersigned, set a date for the trial of this matter. Respondent will be afforded a reasonable time to prepare a defense, including any pretrial motions to discharge or dismiss this Emergency Rule to Show Cause.

SO ORDERED in No. 23-cv-13836.

Date: September 3, 2024

JOHN F. KNESS
United States District Judge